AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

JIT Packaging, Inc., individually and on behalf of all others similarly situated )
)
)
)  **C 08    4701**    **PVT**
)
Plaintiff )
v. )
Google Inc., a Delaware corporation )    Civil Action No.
)
)
)
Defendant )

## Summons in a Civil Action

To: Google Inc., a Delaware corporation

*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

R. Alexander Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, California 94111
(415) 217-6810

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **OCT 1 6 2008**

Richard W. Wieking
Name of clerk of court

ANNA SPRINKLES

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*