Matthew J. Herman, 28 North First Street, Suite 2, Geneva IL 60134, Tel. No. (630) 232-6333

**FILED**

UNITED STATES DISTRICT COURT FEB 25  A 11: 59

NORTHERN DISTRICT OF CALIFORNIA
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

JIT Packing, Inc., Individually and on behalf of all others similarly situated,

              Plaintiff(s),

      v.

GOOGLE, INC., a Delaware corporation,

             Defendant(s).      /

**CASE NO.**  C 08 4701

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Matthew J. Herman , an active member in good standing of the bar of the United States District Court, Northern District of Illinois , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing  JIT Packing, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1.   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.   An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is:

Cadio Zirpoli, Esq. Saveri & Saveri, Inc., 706 Sansome Street., San Francisco CA 94111. Tel. No.: (415) 217-6810.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2009

Matthew J. Herman, Esq.

Clerk's Use Only

Initial for fee pd.: