RECEIVED

2009 FEB 25 PM 12: 00

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIT Packaging, Inc., Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>      Defendant. | CASE NO. C 08 4701<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

Kathleen C. Chavez                    , whose business address and telephone number is

28 North First Street, Suite 2, Geneva IL 60134, Tel. No. (630) 232-6333

and who is an active member in good standing of the bar of  the Supreme Court of Illinois

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing   JIT Packaging, Inc., et al.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:

                                            Judge James Ware
                                            United States  District      Judge

United States District Court
For the Northern District of California