Robert M. Foote, 28 North First Street, Suite 2, Geneva IL 60134, Tel. No.: (630) 232-6333

> Clerk's Use Only
>
> Initial for fee pd.:

**FILED**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

2009 FEB 25  A 11: 58

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

JIT Packaging, Inc., Individually and on behalf of all others similarly situated,

            Plaintiff(s),

v.

GOOGLE, INC., a Delaware corporation,

            Defendant(s).        /

CASE NO.  C 08 4701

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Robert M. Foote , an active member in good standing of the bar of the United State Supreme Court of Illinois , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing JIT Packaging, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is:

Cadio Zirpoli, Esq. Saveri & Saveri, Inc., 706 Sansome Street., San Francisco CA 94111. Tel. No.: (415) 217-6810.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2009

_____
Robert M. Foote, Esq.