```
RECEIVED
2009 FEB 25 PM 12: 00
RICHARD W. WIEKING
    CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIT Packaging, Inc., Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. C 08 4701<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

Robert M. Foote                                          , whose business address and telephone number is

28 North First Street, Suite 2, Geneva IL 60134, Tel. No.:(630) 232-6333

and who is an active member in good standing of the bar of the Supreme Court of Illinois

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing JIT Packaging, Inc., et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

                                                          Judge James Ware
                                                          United States District   Judge