Clerk's Use Only

Initial for fee pd.:

Peter L. Currie, 536 Wing Lane, St. Charles, IL 60174, Tel. No.: (630) 862-1130

**FILED**

UNITED STATES DISTRICT COURT **2009 FEB 25  A II: 57**

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1

2

3

4

5 | JIT Packaging, Inc., Individually and on behalf of all others similarly situated,

6 | Plaintiff(s),

7

8 | v.

9 | GOOGLE, INC., a Delaware corporation,

10

⊞  CASE NO.  C 08 4701

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Defendant(s).                    /

11 | Pursuant to Civil L.R. 11-3, Peter L. Currie                              , an active member in

12 | good standing of the bar of        the United States District Court, Northern District of Illinois        , hereby applies

13 | for admission to practice in the Northern District of California on a pro hac vice basis

14 | representing  JIT Packaging, Inc.                           in the above-entitled action.

15 | In support of this application, I certify on oath that:

16 | 1.    I am an active member in good standing of a United States Court or of the highest

17 | court of another State or the District of Columbia, as indicated above;

18 | 2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

19 | Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

20 | become familiar with the Local Rules and the Alternative Dispute Resolution

21 | programs of this Court; and,

22 | 3.    An attorney who is a member of the bar of this Court in good standing and who

23 | maintains an office within the State of California has been designated as co-

24 | counsel in the above-entitled action.  The name, address and telephone number of

25 | that attorney is:

26 | Cadio Zirpoli, Esq. Saveri & Saveri, Inc., 706 Sansome Street., San Francisco CA 94111. Tel. No.: (415) 217-6810.

27 | I declare under penalty of perjury that the foregoing is true and correct.

28

Dated: February 24, 2009

Peter L. Currie, Esq.