RECEIVED
2009 FEB 25 AM 11: 59
RICHARD W. WIEKING
IN THE CLERK UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIT Packaging, Inc., Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

GOOGLE, INC., a Delaware corporation,

    Defendant.

CASE NO. C 08 4701

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Peter L. Currie, whose business address and telephone number is 536 Wing Lane, St. Charles, IL 60174, Tel. No.: (630) 862-1130

and who is an active member in good standing of the bar of the Northern District of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing JIT Packaging, Inc., et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

                                          Judge James Ware
                                          United States District Judge