RECEIVED

2009 FEB 25 PM 12:01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIT Packaging, Inc., Individually and on behalf of all others similarly situated,

   Plaintiff,

v.

GOOGLE, INC., a Delaware corporation,

   Defendant.

CASE NO. C 08 4701 JW

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Matthew J. Herman, whose business address and telephone number is 28 North First Street, Suite 2, Geneva IL 60134, Tel. No.: (630) 232-6333

and who is an active member in good standing of the bar of the Northern District of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing JIT Packaging, Inc.

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: February 27, 2009

                 Judge James Ware
                 United States District Judge